# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 3:25mj52                                Date: 10/6/2025

| Defendants: | Counsel: |
|---|---|
| Bryan Sixto Arias-Chicas | Don Pender, FPD |

PRESENT:
- JUDGE: Joel C. Hoppe
- Deputy Clerk: K. Lokey
- Court Reporter: K. Lokey, FTR
- U. S. Attorney: Jason Scheff
- USPO: Jasmine Davis
- Case Agent: Ben Thorn
- Interpreter: Peter Floyd

TIME IN COURT: 2:33-2:57(24mins)

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel.

## DETENTION

☒ Government moves for detention.
☒ Defendant moves for continuance of detention hearing.
☒ Detention hearing continued to 10/14/2025 at 1:00pm

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

☒ Preliminary Exam continued to 10/14/2025 at 1:00pm

☒ Defendant(s) remanded to custody.

Additional Information:
All parties present and presented by counsel
Advised of rights
Attorney Appointed
Review of Complaint
Gov states penalty range
Preliminary hearing to be continued
Gov moves for detention
Det continued as well
Tuesday 10/14 at 1pm for Preliminary and Detention Hearings