AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia ▼

|  |  |  |
|---|---|---|
| United States of America | ) | CLERK'S OFFICE U.S. DIST. COURT AT HARRISONBURG, VA FILED |
| v. | ) | 10/6/2025 |
| Bryan Sixto Arias-Chicas | ) | Case No. 3:25mj52    LAURA A. AUSTIN, CLERK |
|  | ) | BY:  s/K. Lokey |
| *Defendant* | ) | DEPUTY CLERK |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | US District Court<br>116 N. Main St.<br>Harrisonburg, VA 22802 | Courtroom No.: C3 |
|---|---|---|
|  |  | Date and Time: 10/14/2025 at 1pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  10/6/2025

_____
*Judge's signature*

Joel C. Hoppe , United States Magistrate Judge
*Printed name and title*