CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
December 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 3:25-MJ-00052 |
| | : |
| BRYAN SIXTO ARIAS-CHICAS | : |
|   a/k/a Brian Sixto Arias-Chicas | : |

## ORDER

The United States of America and the defendant, Bryan Sixto Arias-Chicas, have jointly moved for entry of an order further extending the time period for filing an indictment against the defendant to, and including, February 27, 2026. As grounds for the extension, the parties assert that they continue to explore a pre-indictment disposition to this case and that they require additional time to engage in plea negotiations. The motion represents that the defense also requires additional time to review discovery, interview witnesses, and research the applicable case law and determine the best path forward.

Upon consideration of the joint motion, I find that failing to grant the extension would deny the Defendant and the Government the time reasonably necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ORDERED that the joint motion is granted, the time for filing an indictment in this case is extended to, and including, February 27, 2026, and the additional time resulting from the extension shall be excluded in computing the time within which an indictment must be filed under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

ENTERED this 15th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE