CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
February 25, 2026
LAURA A. AUSTIN, CLERK
BY:   s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:25MJ00052 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN SIXTO ARIAS-CHICAS, | ) | By:   Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

Pending before the Court are the parties' Third Joint Motion to Extend Time for Filing an Indictment ("Motion"), ECF No. 29, and Joint Supplemental Motion to Extend Time for Filing an Indictment ("Supplement"), ECF No. 32. In the Motion, the Government and Defendant ask the Court to extend the time for indictment to May 15, 2026. *See* 18 U.S.C. § 3161(b) (requiring an indictment be filed within thirty days after an individual is arrested on a criminal complaint). As grounds for the extension, the parties assert that they are exploring a pre-indictment disposition, but the Government notes its attorneys are still deliberating and have not offered a plea agreement. The Government explained the delay in the sealed portion of the supplement. When the Government does make a plea offer, Defendant will need time to discuss it with his counsel and assess his "overall sentencing exposure" and other "unique legal issues." ECF No. 29 Additional negotiations may follow the plea offer.

Upon consideration of the reasons offered in the Motion and Supplement, I find that failing to grant the extension would deny the Defendant and the Government the time reasonably necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, it is hereby

ORDERED

that the Motion and Supplement, ECF Nos. 29, 32, are GRANTED, the time for filing an indictment in this case is extended to May 15, 2026, and the additional time resulting from the

1

extension shall be excluded in computing the time within which an indictment must be filed

under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

ENTER: February 25, 2026

Joel C. Hoppe
United States Magistrate Judge